IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL; SARALAND, LLLP; MIDDLE GEORGIA ROAD BUILDERS, INC.; and ROBERT SUTTON, | * | |
| Defendants. | * | |

**O R D E R**

Presently pending before the Court is the parties'[1] joint motion to continue the stay imposed on July 2, 2014. (Docs. 33, 34.) The parties indicate that they have made progress in the matter, but request an additional 60 days to complete the drafting of the settlement documents and seek the requisite approval by the bankruptcy court, all settling parties, and the appropriate officials within the federal government. (Doc. 34.) Accordingly, the motion (doc. 34) is **GRANTED**. This matter shall be **STAYED** an additional **60 days** from the date of this Order, at which time the parties shall file a status report with the Court.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of October, 2014.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant Lister Harrell has defaulted and is not a party to this motion.

1