IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL; SARALAND, LLLP; MIDDLE GEORGIA ROAD BUILDERS, INC.; and ROBERT SUTTON, | * | |
| Defendants. | * | |

# O R D E R

Presently before the Court is the parties'[1] joint motion to continue the stay first imposed on July 2, 2014. (Docs. 33, 38.) On October 7, 2014, this Court granted an additional sixty-day extension (doc. 37), and the parties now move to continue the stay for an another sixty days to allow the parties to complete the drafting of the settlement documents and seek the requisite approval by the bankruptcy court, all settling parties, and the appropriate officials within the federal government. (Doc. 38.)

For good cause shown, the motion (doc. 38) is **GRANTED**. This matter shall be **STAYED** an additional **SIXTY days** from the

---

[1] Defendant Lister Harrell has defaulted and is not a party to this motion.

1

date of this Order, at which time the parties shall file a status report with the Court.

**ORDER ENTERED** at Augusta, Georgia, this 16th day of December, 2014.

                                          HONORABLE J. RANDAL HALL
                                          UNITED STATES DISTRICT JUDGE
                                          SOUTHERN DISTRICT OF GEORGIA