IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

UNITED STATES OF AMERICA,     *
                                        *
        Plaintiff,            *
                                        *
    v.                                   *        CV 312-111
                                        *
LISTER HARRELL; SARALAND, LLLP; *
MIDDLE GEORGIA ROAD BUILDERS, *
INC.; and ROBERT SUTTON, *
                                        *
       Defendants.          *

**O R D E R**

Presently before the Court is the parties'[1] joint motion to continue the stay first imposed on July 2, 2014. (Docs. 33, 40.) On October 7, 2014 and December 16, 2014, this Court granted two additional sixty-day extensions (docs. 37, 39) to allow the parties to complete the drafting of the settlement documents and seek the requisite approval from the bankruptcy court, all settling parties, and the appropriate officials within the federal government. The United States Environmental Protection Agency and Defendants Saraland LLLP, Middle Georgia Road Builders, Inc., and Robert Sutton have entered into an Administrative Order on Consent that resolves a significant portion of the case. (Doc. 40, Ex. A.) With the present motion, the parties seek to continue the stay for

---

[1] Defendant Lister Harrell has defaulted and is not a party to this motion.

1

an additional 90 days to allow the bankruptcy court to approve Defendant Saraland's obligations under the Administrative Order on Consent, and to allow the parties to reach an agreement on draft consent decree language.

For good cause shown, the motion (doc. 40) is **GRANTED**. This matter shall be **STAYED** an additional **NINETY DAYS** from the date of this Order, at which time the parties shall file a status report with the Court.

**ORDER ENTERED** at Augusta, Georgia, this 19th day of February, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA