IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL; SARALAND, LLLP; MIDDLE GEORGIA ROAD BUILDERS, INC.; and ROBERT SUTTON, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is the parties'[1] fourth request to continue the stay first imposed on July 2, 2014. (Docs. 33, 42.) On October 7, 2014, December 16, 2014, and February 19, 2015, this Court granted two sixty-day extensions (docs. 37, 39) and a ninety-day extension (doc. 41) to allow the parties to complete the drafting of the settlement documents and seek the requisite approval from the bankruptcy court, all settling parties, and the appropriate officials within the federal government. With their February request, the parties sought to continue the stay for an additional 90 days to allow the bankruptcy court to approve Defendant Saraland's obligations under the Administrative Order on Consent, and to allow the parties to reach an agreement on draft

---

[1] Defendant Lister Harrell has defaulted and is not a party to this motion.

1

consent decree language. The parties now represent that the bankruptcy court has approved the Administrative Order on Consent but that the parties need additional time to negotiate the terms of the consent decree.

Having reviewed the motion, the Court hereby **GRANTS IN PART** the parties' request. (Doc. 42.) This matter shall be **STAYED** an additional **SIXTY DAYS** from the date of this Order, at which time the parties shall file a status report with the Court. The parties are **ADVISED** that any additional request for extension of the stay will result in a status conference before the Court.

**ORDER ENTERED** at Augusta, Georgia, this 28th day of May, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA