IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL; SARALAND, LLLP; MIDDLE GEORGIA ROAD BUILDERS, INC.; and ROBERT SUTTON, | * | |
| Defendants. | * | |

# O R D E R

This cause comes before the Court on the parties' filing of a joint status report. (Doc. 44.) This case has been stayed since July 2, 2014 to allow the parties to pursue settlement. The parties now represent that Defendants have begun to coordinate performance under the terms of the Administrative Order on Consent. The parties have also reached agreement as to the terms of a consent decree, and counsel for the United States is in the process of obtaining authorization to lodge the consent decree with the Court and notice the consent decree for public comment. (Id. ¶ 9.)

In light of these representations, the Court hereby **ORDERS** that this case remain **STAYED** until either party moves to lift the stay.

**ORDER ENTERED** at Augusta, Georgia, this 31ST day of July, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA