IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL, SARALAND, LLLP, MIDDLE GEORGIA ROAD BUILDERS, INC., and ROBERT SUTTON, | * | |
| Defendants. | * | |

**O R D E R**

Presently before the Court is Plaintiff's motion to terminate Edgar D. Bueno as counsel of record. (Doc. 53.) Plaintiff represents that Mr. Bueno is no longer employed with the United States Attorney's Office. Accordingly, the Court **GRANTS** Plaintiff's motion and **ORDERS** Edgar D. Bueno **TERMINATED** as counsel of record.

**ORDER ENTERED** at Augusta, Georgia this ___11th___ day of April, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA