IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | CV 312-111 |
| LISTER HARRELL; SARALAND, L.L.L.P.; MIDDLE GEORGIA ROAD BUILDERS, INC.; and ROBERT SUTTON, | * | |
| Defendants. | * | |

**O R D E R**

The United States of America notified the Court that the Settling Defendants'[1] obligations under the Consent Decree entered by this Court on November 2, 2015, have been satisfied, thus, the Consent Decree should be terminated, and the case closed. (Doc. 57.) Because the notice requests the Court to act, the Court construes it as a motion to terminate the Consent Decree and close the case.

The Consent Decree includes termination procedures that require at least the consent of all Settling Defendants. (Consent Decree, ¶ 48.) Defendant Saraland, L.L.L.P. has not signed the motion (Doc. 57). The Undersigned's Courtroom Deputy Clerk informed the parties of this deficiency, but it has yet to be

---

[1] Defendants Saraland, L.L.L.P., Middle Georgia Road Builders, Inc., and Robert Sutton are the "Settling Defendants." (Consent Decree, Doc. 49, at 2.)

corrected. The Court attempts to resolve the situation by **ORDERING** that, unless Defendant Saraland, L.L.L.P. properly requests the Court to act otherwise, after **SEVEN (7) DAYS** from the date of this Order, the motion's deficiency will be excused, the Consent Decree terminated, and the case closed. Consequently, unless otherwise ordered by the Court and effective after the passing of **SEVEN (7) DAYS** from the date of this Order, the Court **GRANTS** the motion (Doc. 57), **ORDERS** the Consent Decree (Doc. 49) terminated, and **DIRECTS** the Clerk to **CLOSE** this case.

**ORDER ENTERED** at Augusta, Georgia, this 11th day of February, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA